Anerio V. Altman, Esq. #228445
Law Office of Anerio V. Altman
27031 Vista Terrace #209
Lake Forest, CA 92630
Phone (949) 218-2002
Fax (949) 315-3212
avaesq@cox.net

**ATTORNEY FOR DEBTOR**
BRIAN GREGG

### UNITED STATES BANKRUPTCY COURTS
### CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In Re:  GREGG, BRIAN | Case No.: 8:05-bk-17270-ES |
| BRIAN GREGG, an individual | Adv. No:  8:08-bk-01034-ES |
| Plaintiff and Debtor | **Chapter 7** |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER LOCAL RULE OF BANKRUPTCY PROCEDURE § 7041** |
| FAIRLANE CREDIT LLC, a foreign Limited | **JUDGE** ERITHE SMITH |
| Liability Company, FORD MOTOR CREDIT, | **TRUSTEE** JAMES J. JOSEPH |
| a foreign corporation; and DOES 1 through 10. | **341A CONCLUDED:** 10/31/2005 |
| Defendants and Creditors. | |

BRIAN GREGG ("Plaintiff", "Debtor") by and through his attorney of record, gives notice of his voluntary dismissal of his adversary proceeding under Federal Rule of Bankruptcy Procedure 7041 with prejudice as to all parties.

Dated: 5/1/2008     Signed:/S/ ANERIO V. ALTMAN

                                         Anerio V. Altman, Esq.

                                         Attorney for Debtor and Plaintiff

                                         Brian Gregg